UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TETYANA SPOLITAK,

      Plaintiff,                                              Case No. 23-cv-13227
                                                            Hon. Matthew F. Leitman

v.

STATE SERENE LLC, *et al.*,

      Defendants.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS (ECF No. 26)

On March 3, 2025, the Court held a hearing on the motion for judgment on the pleadings filed by Defendants State Serene LLC, Naomi Loy, and Mark Loy. (*See* Mot., ECF No. 26.) For the reasons stated on the record at the hearing, the motion is **GRANTED** with respect to Plaintiff Tetyana Spolitak's claims that Defendants failed to accommodate her in violation of the Fair Housing Act, 42 U.S.C. § 3604(f)(3)(B) (Count II) and the Michigan Persons with Disabilities Civil Rights Act, Mich. Comp. Laws § 37.1506a(1)(b) (Count V). The motion is **DENIED** in all other respects.

      **IT IS SO ORDERED**.

                                                       s/Matthew F. Leitman
                                                       MATTHEW F. LEITMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated: March 3, 2025

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 3, 2025, by electronic means and/or ordinary mail.

               s/Holly A. Ryan
               Case Manager
               (313) 234-5126